UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IRA JEROME ROSS           CIVIL ACTION NO. 16-0327-P

VERSUS           JUDGE S. MAURICE HICKS, JR.

JAMES M. LEBLANC, ET AL.           MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) until such time as the Heck conditions are met.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 20th day of October, 2016.

                              S. MAURICE HICKS, JR.
                              UNITED STATES DISTRICT JUDGE